## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Nandor J. Vadas**<br>**U.S. Magistrate Judge** | **RE:** | **Theodore Honniball** |
| **FROM:** | **Claudette M. Silvera, Chief**<br>**U.S. Pretrial Services Officer** | **DOCKET NO.:** | **CR06-0428** |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Josh Libby**                                                415-436-7501
**U.S. PRETRIAL SERVICES OFFICER**                **TELEPHONE NUMBER**

**RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge_____ Presiding  District Court Judge_____

☒  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒  Modification(s)

A. **The defendant shall submit to random urinalysis testing as directed by Pretrial Services.**

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____         8/15/06
**JUDICIAL OFFICER**                            **DATE**