IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>vs.<br><br>THEODORE HONNIBALL, et al,<br><br>                  Defendants. | NO: CR 06 0428 SI<br><br>[PROPOSED] ORDER EXONERATING BOND |

It is hereby ORDERED that the bond in the above matter related to Theodore Honniball is hereby exonerated on today's date.

IT IS SO ORDERED

Dated: 10/12/07

_____
United States District Court Judge